# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kaplan, Lewis A. | U.S. District Court, Southern District of New York | 05/06/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge | ☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final | 01/01/2020<br>**to**<br>12/31/2020 |
| | 5b. ☐ Amended Report | |

**7. Chambers or Office Address**

Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 (reportable assets are listed in Part VII) |
| 2. | Trustee | Trust #2 (no reportable assets) |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A. | 05/06/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | Pension and retirement plan pmts-pension plans for benefit of retirees of Random House, Inc. |
| 2. | 2020 | Newspaper Guild NY - NY Times pension |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A. | 05/06/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A. | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. CITIBANK (cash) | A | Interest | J | T | | | | | |
| 3. JP MORGAN CHASE (cash) | A | Interest | N | T | | | | | |
| 4. COMMUNITY BANK (cash) | A | Interest | J | T | | | | | |
| 5. NY LIFE INS. (whole life policies) | B | Dividend | L | T | | | | | |
| 6. Account #1 (H) | | | | | | | | | |
| 7. JPM CHASE (cash) | A | Int./Div. | N | T | | | | | |
| 8. AMER CENTURY EQUITY INCOME-INV (TWEIX) | | None | | | Sold (part) | 03/06/20 | L | E | |
| 9. | | | | | Sold | 03/09/20 | L | E | |
| 10. JPM EQUITY INCOME FD (HLIEX) | B | Dividend | M | T | Sold (part) | 03/06/20 | M | E | |
| 11. | | | | | Sold | 03/09/20 | M | F | |
| 12. | | | | | Buy | 09/03/20 | L | | |
| 13. | | | | | Buy (add'l) | 11/27/20 | L | | |
| 14. JPM LARGE CAP GROWTH FD (SEEGX) | | None | | | Sold (part) | 03/06/20 | L | E | |
| 15. | | | | | Sold | 03/09/20 | L | E | |
| 16. JPM US EQUITY FD (JUESX) | | None | | | Sold (part) | 03/06/20 | M | F | |
| 17. | | | | | Sold | 03/09/20 | M | F | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A. | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. JPM VALUE ADVANTAGE FD (JVASX) | | None | | | Sold<br>(part) | 03/06/20 | M | D | |
| 19. | | | | | Sold | 03/09/20 | M | C | |
| 20. US TREAS BILL 03/05/2020 (912796TH2) | C | Interest | | | Redeemed | 03/05/20 | P1 | | |
| 21. US TREAS BILL 06/04/20 (912796-TX-7) | C | Interest | | | Buy | 03/02/20 | P1 | | |
| 22. | | | | | Redeemed | 06/04/20 | P1 | | |
| 23. US TREAS BILL 06/11/20 (912796-TZ-2) | A | Interest | | | Buy | 03/13/20 | O | | |
| 24. | | | | | Redeemed | 06/11/20 | O | | |
| 25. US TREAS BILL 09/17/20 (912796-2G-3) | A | Interest | | | Buy | 06/15/20 | P1 | | |
| 26. | | | | | Redeemed | 09/17/20 | P1 | | |
| 27. US TREAS BILL 12/24/20 (912796-3L-1) | A | Interest | | | Buy | 09/21/20 | P1 | | |
| 28. | | | | | Redeemed | 12/24/20 | P1 | | |
| 29. US TREAS BILL 03/25/21 (912796-2F-5) | | None | P1 | T | Buy | 12/23/20 | P1 | | |
| 30. JPM CORE BOND FD (PGBOX) | E | Dividend | O | T | Buy<br>(add'l) | 01/30/20 | J | | |
| 31. | | | | | Buy<br>(add'l) | 02/27/20 | J | | |
| 32. | | | | | Buy<br>(add'l) | 03/30/20 | J | | |
| 33. | | | | | Buy<br>(add'l) | 04/29/20 | J | | |
| 34. | | | | | Buy<br>(add'l) | 05/28/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Kaplan, Lewis A. | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Buy<br>(add'l) | 06/29/20 | J | | |
| 36. | | | | | Buy<br>(add'l) | 07/30/20 | J | | |
| 37. | | | | | Buy<br>(add'l) | 08/28/20 | J | | |
| 38. | | | | | Buy<br>(add'l) | 09/29/20 | J | | |
| 39. | | | | | Buy<br>(add'l) | 10/29/20 | J | | |
| 40. | | | | | Buy<br>(add'l) | 11/27/20 | J | | |
| 41. | | | | | Buy<br>(add'l) | 12/14/20 | J | | |
| 42. JPM SHORT DURATION BOND FD (HLLVX) | E | Dividend | O | T | Buy<br>(add'l) | 01/30/20 | J | | |
| 43. | | | | | Buy<br>(add'l) | 02/27/20 | J | | |
| 44. | | | | | Buy<br>(add'l) | 03/30/20 | J | | |
| 45. | | | | | Buy<br>(add'l) | 04/29/20 | J | | |
| 46. | | | | | Buy<br>(add'l) | 05/28/20 | J | | |
| 47. | | | | | Buy<br>(add'l) | 06/29/20 | J | | |
| 48. | | | | | Buy<br>(add'l) | 07/30/20 | J | | |
| 49. | | | | | Buy<br>(add'l) | 08/28/20 | J | | |
| 50. | | | | | Buy<br>(add'l) | 09/29/20 | J | | |
| 51. | | | | | Buy<br>(add'l) | 10/29/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A. | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 12/14/20 | J | | |
| 53. JPM MANAGED INCOME FD (JMGIX) | C | Dividend | M | T | | | | | |
| 54. Account #2 (H) | | | | | | | | | |
| 55. JPM CHASE (cash) | A | Int./Div. | L | T | | | | | |
| 56. AMER CENTURY EQUITY INCOME-INV (TWEIX) | | None | | | Sold (part) | 03/06/20 | J | B | |
| 57. | | | | | Sold | 03/09/20 | J | B | |
| 58. JPM EQUITY INCOME FD (HLIEX) | A | Dividend | | | Sold (part) | 03/06/20 | K | D | |
| 59. | | | | | Sold | 03/09/20 | K | D | |
| 60. JPM LARGE CAP GROWTH FD (SEEGX) | | None | | | Sold (part) | 03/06/20 | K | C | |
| 61. | | | | | Sold | 03/09/20 | K | C | |
| 62. JPM US EQUITY FD (JUESX) | | None | | | Sold (part) | 03/06/20 | K | D | |
| 63. | | | | | Sold | 03/09/20 | K | D | |
| 64. JPM VALUE ADVANTAGE FD - SEL FUND 1399 (JVASX) | | None | | | Sold (part) | 03/06/20 | K | A | |
| 65. | | | | | Sold | 03/09/20 | K | A | |
| 66. US TREAS BILL 03/05/20 (912796TH2) | B | Interest | | | Redeemed | 03/05/20 | N | | |
| 67. US TREAS BILL 06/04/20 (912796-TX-7) | | None | | | Buy | 03/02/20 | N | | |
| 68. | | | | | Redeemed | 06/04/20 | N | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A. | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. US TREAS BILL 06/11/20 (912796-TZ-2) | | None | | | Buy | 03/13/20 | M | | |
| 70. | | | | | Redeemed | 06/11/20 | M | | |
| 71. US TREAS BILL 09/17/20 (912796-2G-3) | | None | | | Buy | 06/15/20 | N | | |
| 72. | | | | | Redeemed | 09/17/20 | N | | |
| 73. US TREAS BILL 12/24/20 (912796-3L-1) | A | Interest | | | Buy | 09/21/20 | N | | |
| 74. | | | | | Redeemed | 12/24/20 | N | | |
| 75. US TREAS BILL 03/25/21 (912796-2F-5) | | None | N | T | Buy | 12/23/20 | N | | |
| 76. JPM CORE BOND FD (PGBOX) | C | Dividend | M | T | Buy (add'l) | 12/14/20 | J | | |
| 77. JPM SHORT DURATION BOND FD (HLLVX) | C | Dividend | M | T | | | | | |
| 78. Account #3 (H) | | | | | | | | | |
| 79. JPM CHASE (cash) | A | Interest | J | T | | | | | |
| 80. JPM EQUITY INCOME FD (HLIEX) | A | Dividend | K | T | | | | | |
| 81. JPM CORE BOND FD (PGBOX) | A | Dividend | J | T | | | | | |
| 82. JPM UNCONSTRAINED DEBT FD (JSISX) | A | Dividend | J | T | | | | | |
| 83. Account #4 (H) | | | | | | | | | |
| 84. JPM TAX FREE MMKT INST SWEEP FD (cash) (Y) | | | | | | | | | |
| 85. ERIE CNTY NY INDL DEV AGY SCHFAC REV (29509PKD0) | A | Interest | | | Redeemed | 05/01/20 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A. | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. CLARKSTOWN NY REF-VAR PURP (182306X70) | B | Interest | K | T | | | | | |
| 87. SCHENECTADY CNTY NY VAR PURP (806415V28) | A | Interest | K | T | | | | | |
| 88. ROCKVILLE CENTRE NY (774132W34) | A | Interest | K | T | | | | | |
| 89. EDGEMONT NY UN FREE SCH DIST OF GREENBURGH (280101DR4) | A | Interest | K | T | | | | | |
| 90. NY ST BRDG AUTH (649807CB8) | A | Interest | K | T | | | | | |
| 91. BROOKHAVEN NY REF (113152US9) | A | Interest | K | T | | | | | |
| 92. ERIE CNTY NY FISCAL STABILITYAUTH (29508RGN0) | B | Interest | K | T | | | | | |
| 93. NY ST DORM AUTH ST PERSNL INC TAX (64990ENF0) | B | Interest | K | T | | | | | |
| 94. NASSAU CNTY NY SWR & STORM WTR FIN (63166QBY5) | B | Interest | K | T | | | | | |
| 95. ORANGE CNTY NY REF-VAR PURP-SER A (6845753M3) | B | Interest | K | T | | | | | |
| 96. NY CITY NY TRNSTIONAL FIN AUTH BLDG (64972HXJ6) | B | Interest | K | T | | | | | |
| 97. PORT AUTH OF NY & NJ NY SER 179 (73358WQQ0) | B | Interest | K | T | | | | | |
| 98. THREE VLG NY CENTRL SCH DIST REF (885766NT8) | A | Interest | K | T | | | | | |
| 99. CHEEKTOWAGA NY VAR PURP LTD TAX (162879P38) | A | Interest | K | T | | | | | |
| 100. UTIL DEBT SECURITIZATION AUTH NY (91802RBG3) | B | Interest | K | T | | | | | |
| 101. NY ST DORM AUTH SALES TAX REV (64990AEY7) | B | Interest | K | T | | | | | |
| 102. MT VERNON NY CITY SCH DIST (623606D72) | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A. | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. WAYNE CITY NY REF LTD TAX (945829EN5) | A | Interest | K | T | | | | | |
| 104. NY NY FISCAL 2020-SER B-1 (64966Q-FC-9) | A | Interest | K | T | Buy | 05/08/20 | K | | |
| 105. Account #5 (H) | | | | | | | | | |
| 106. JPM TAX FREE MMKT INST SWEEP FD (cash) | A | Interest | K | T | | | | | |
| 107. FALCONER NEW YORK CENTRAL SCHOOL (306117CU4) | A | Interest | | | Redeemed | 06/15/20 | K | | |
| 108. PEMBROKE NEW YORK CENTRAL SCHOOL (706427BY6) | A | Interest | | | Redeemed | 06/15/20 | K | | |
| 109. TRIBOROUGH NY BRIDGE & TUNNELAUTH REVENUES (89602NZB3) | A | Interest | | | Redeemed | 11/16/20 | K | | |
| 110. WESTCHESTER CNTY NY SER B (95736UZS6) | A | Interest | K | T | | | | | |
| 111. PLAINVIEW OLD BETHPAGE NY CENTRL SCH (726715HX6) | B | Interest | K | T | | | | | |
| 112. NASSAU CNTY NY INTERIM FIN AUTH (631663NN7) | A | Interest | K | T | | | | | |
| 113. SHENENDEHOWA NY CENTRL SCH DIST REF (823194F26) | B | Interest | K | T | | | | | |
| 114. ISLAND TREES NY UNION FREE (464568GK4) | B | Interest | K | T | | | | | |
| 115. SARATOGA SPRINGS NY REF-PUB IMPT (803531TR3) | B | Interest | K | T | | | | | |
| 116. ALBANY NY LTD TAX (012429AE6) | A | Interest | K | T | | | | | |
| 117. NY CITY NY TRNSTIONAL FIN AUTH REV FUTURE (64971WFV7) | A | Interest | K | T | | | | | |
| 118. NY ST DORM AUTH ST PERSNL INC TAX (64990E3R6) | B | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A. | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. NY ST DORM AUTH REVS NON ST SUPPORTED DEBT GR NECK (649907Z39) | B | Interest | K | T | | | | | |
| 120. NY ST ENVRNMNTL FACS CORP ST CLEAN WTR & DRINKING (64986AZ61) | B | Interest | K | T | | | | | |
| 121. HUDSON YDS INFRASTRUCTURE CORP NY 2ND INDENT (44420RAM2) | B | Interest | K | T | | | | | |
| 122. NY CITY NY MUNI WTR FIN AUTH WTR (64972GUK8) | A | Interest | K | T | | | | | |
| 123. SALES TAX ASSET RECEIVABLE CORP NY (794665FM6) | B | Interest | K | T | | | | | |
| 124. NY CTY NY TR CULTURAL RES REF - MUSEUM OF MODERN ART (649717SZ9) | A | Interest | K | T | | | | | |
| 125. ARLINGTON NY CENTRAL SCH DIST REF UNLTD TAX (041717NR6) | A | Interest | K | T | | | | | |
| 126. SOUTHAMPTON NY UN FREE SCHOOL REF UNLIMITED TAX (841098DS2) | A | Interest | K | T | | | | | |
| 127. MONROE CNTY NY INDL DEN CORP REV REF - U OF ROCHESTER PR (61075TRY6) | B | Interest | K | T | | | | | |
| 128. MET TRANSPRTN AUTH REV GREEN BDS REF SER C (59261APX9) | B | Interest | K | T | | | | | |
| 129. UTIL DEBT SECURITIZATION AUTH NY REF RESTR SER A (91802RCK3) | B | Interest | K | T | | | | | |
| 130. ORCHARD PK NY CENTRL SCH DIST (870994969) | B | Interest | K | T | | | | | |
| 131. MT VERNON NY CITY CENTRL SCH DIST (623606C24) | B | Interest | K | T | | | | | |
| 132. RIVERHEAD NY PUB IMPT-SER A LTD (768738XQ4) | A | Interest | K | T | | | | | |
| 133. THREE VLG NY CENTRL SCH DIST (885766NW1) | B | Interest | K | T | | | | | |
| 134. HAVERSTRAW TOWN NY REF (419583-AL-3) | A | Interest | K | T | Buy | 06/18/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A. | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 135. N TX ST MUNI WTR DIST REGL WSTWTR (662835-M9-5) | A | Interest | K | T | Buy | 06/29/20 | K | | |
| 136. Account #6 (H) | | | | | | | | | |
| 137. JPM TAX FREE MMKT INST SWEEP FD (cash) | A | Interest | J | T | | | | | |
| 138. PEMBROKE NEW YORK CENTRAL SCHOOL (706427BY6) | A | Interest | | | Redeemed | 06/15/20 | K | | |
| 139. EDGEMONT NY UN FREE SCH DIST OF GREENBURGH (280101DP8) | A | Interest | | | Redeemed | 08/17/20 | K | | |
| 140. ISLIP NY REF (4647226W2) | B | Interest | K | T | | | | | |
| 141. COLD SPRING HBR NY CENTRL SCH DIST REF (192867FM6) | A | Interest | | | Redeemed | 02/04/20 | K | | |
| 142. NEW YORK ST DORM AUTH SALES (1) (64990A-PW-9) | A | Interest | K | T | | | | | |
| 143. NEW YORK ST DORM AUTH SALES (2) (64990A-PY-5) | A | Interest | J | T | | | | | |
| 144. NORTH SHORE NY CENTRL SCH DIST (662323HL1) | A | Interest | K | T | | | | | |
| 145. SHENENDEHOWA NY CENTRL SCH DIST REF (823194F26) | A | Interest | K | T | | | | | |
| 146. NY CITY NY MUNI WTR FINAUTH WTR & SWR SYS REV (1) (64972G-XL-3) | A | Interest | K | T | | | | | |
| 147. NY CITY NY MUNI WTR FINAUTH WTR & SWR SYS REV (2) (64972G-XK-5) | A | Interest | J | T | | | | | |
| 148. PITTSFORD NY CENTRL SCH DIST (725635EJ1) | A | Interest | K | T | | | | | |
| 149. SARATOGA SPRINGS NY REF-PUB IMPT (803531TR3) | B | Interest | K | T | | | | | |
| 150. ALBANY NY LTD TAX 4.0% (012429AE6) | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A. | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 151. NY CITY NY TRNSTIONAL FIN AUTH REV (64971WFV7) | B | Interest | K | T | | | | | |
| 152. NY ST REF SER C UNLTD TAX (649791ME7) | B | Interest | K | T | | | | | |
| 153. NY ST ENVRNMNTL FACS CORP ST CLEAN WTR & DRINKING (64986AZ61) | B | Interest | K | T | | | | | |
| 154. NY CITY NY TRNSTIONAL FIN AUTH BLDG AID REV (64972HVC3) | B | Interest | K | T | | | | | |
| 155. NY ST DORM AUTH REVS NON ST (649907Z47) | B | Interest | K | T | | | | | |
| 156. UTIL DEBT SECURITIZATION AUTH NY (91802RBX6) | A | Interest | K | T | | | | | |
| 157. ELMSFORD NY UN FREE SCH DIST (290011BC8) | B | Interest | K | T | | | | | |
| 158. ONONDAGA CNTY NY (6827457H1) | A | Interest | K | T | | | | | |
| 159. UTIL DEBT SECURITIZATION AUTH NY (91802RBZ1) | A | Interest | K | T | | | | | |
| 160. PORT CHESTER NY REF-PUBLIC IMPT-SER (733760US9) | A | Interest | K | T | | | | | |
| 161. HUDSON YDS INFRASTRUCTURE CORP NY 2ND INDENT (44420RAM2) | B | Interest | K | T | | | | | |
| 162. NY ST URBAN DEV CORP REF PERS INCOME TAX SER A (650035T99) | B | Interest | K | T | | | | | |
| 163. RYE NECK NY UN FREE SCH DIST SER A (783583GA9) | A | Interest | K | T | | | | | |
| 164. LANCASTER NY CENTRL SCH DIST SER A (514224-PS-7) | | None | K | T | Buy | 08/25/20 | K | | |
| 165. NYACK NY UN FREE SCH DIST UNLTD (670658KE2) | A | Interest | K | T | | | | | |
| 166. PORT AUTH OF NY & NJ NY REF (73358W-V3-5) | A | Interest | K | T | Buy | 02/21/20 | K | | |
| 167. DALLAS TX WTRWKS & SWR SYS REV SER C (23542J-JU-0) | A | Interest | K | T | Buy | 06/16/20 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A. | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 168.  Account #7 (H) | | | | | | | | | |
| 169.  JPM TAX FREE MMKT INST SWEEP FD (cash) | A | Interest | J | T | | | | | |
| 170.  FALCONER NEW YORK CENTRAL SCHOOL (306117CU4) | A | Interest | | | Redeemed | 06/15/20 | K | | |
| 171.  SHENENDEHOWA NY CENTRL SCH DIST REF (823194E76) | A | Interest | | | Redeemed | 06/15/20 | K | | |
| 172.  NY CITY NY TR FOR CULTURAL RES (649717RK3) | A | Interest | K | T | | | | | |
| 173.  EAST ISLIP NY UNION FREE SCH DIST (273173KC7) | A | Interest | K | T | | | | | |
| 174.  PITTSFORD NY CENTRL SCH DIST (725635EJ1) | A | Interest | K | T | | | | | |
| 175.  NY ST DORM AUTH REVS NON ST (649907A77) | A | Interest | K | T | | | | | |
| 176.  NEW HYDE PARK & GARDEN CITY PARK NY (645541CY7) | A | Interest | K | T | | | | | |
| 177.  HAVERSTRAW-STONY POINT NY CENTRL SCH (419578RM3) | A | Interest | K | T | | | | | |
| 178.  PINE BUSH NY CENTRL SCH DIST (722477LQ7) | A | Interest | K | T | | | | | |
| 179.  NY ST UNLIMITED TAX A (649791HH6) | A | Interest | K | T | | | | | |
| 180.  CLARKSTOWN NY CENTRL SCH DIST (182324UU5) | A | Interest | K | T | | | | | |
| 181.  NY ST DORM AUTH REVS NON ST (649907Z39) | A | Interest | K | T | | | | | |
| 182.  NY ST DORM AUTH ST PERSNL INC TAX (64990EYE1) | A | Interest | K | T | | | | | |
| 183.  PORT AUTH OF NY & NJ NY CONSOL-ONE (73358WRR7) | B | Interest | K | T | | | | | |
| 184.  UTIL DEBT SECURITIZATION AUTH NY (91802RBZ1) | B | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 185. HUDSON YDS INFRASTRUCTURE CORP NY 2ND INDENT (44420RAM2) | A | Interest | K | T | | | | | |
| 186. DUTCHESS CNTY NY PUB IMPT SER B (2670397K5) | A | Interest | K | T | | | | | |
| 187. MAMARONECK VLG NY REF LTD (561501PX9) | A | Interest | J | T | | | | | |
| 188. CLARKSTOWN NY PUB IMPT (1823062Q2) | A | Interest | K | T | | | | | |
| 189. WESTCHESTER CNTY NY SER A (95736U4U5) | A | Interest | K | T | | | | | |
| 190. COLUMBIA CNTY NY SER B LTD (197504SU8) | A | Interest | K | T | | | | | |
| 191. NYACK NY UN FREE SCH DIST (670658KE2) | A | Interest | K | T | | | | | |
| 192. NY ST URBAN DEV CORP REV SER A (650036-AC-0) | A | Interest | K | T | Buy | 06/30/20 | K | | |
| 193. N TX ST MUNI WTR DIST REGL WSTWTR (662835-M9-5) | A | Interest | K | T | Buy | 06/29/20 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A. | 05/06/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Lewis A. Kaplan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544